Decided September 18, 1996

## STATE OF CONNECTICUT *v.* NNAMDI CLARKE

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 916 (AC 14621), is denied.

*G. Douglas Nash*, public defender, in support of the petition.

*Michele Lukban*, deputy assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* JOSEPH WIXTED

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 916 (AC 14585), is denied.

*Louis S. Avitabile*, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 917 (AC 15190), is denied.